UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH CIPRIANO<br><br>*Plaintiff,*<br><br>v.<br><br>BUREAU OF ACCOUNTS CONTROL, INC.,<br><br>*Defendants.* | Civil Action No: 15-cv-6083 (PGS)(TJB)<br><br>**ORDER** |

This matter having come before the Court upon Plaintiff Joseph Cipriano's Motion for Entry of Default (ECF No. 5);

WHEREAS the moving papers inadvertently set forth some factual errors regarding the dates of service of process;

IT IS on this 4th day of January, 2016

**ORDERED** that the Motion for Entry of Default is DISMISSED WITHOUT PREJUDICE.

_____
PETER G. SHERIDAN, U.S.D.J